FILED
CHARLOTTE, NC

JUL 2 0 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **3:22-CR-186** |
| | ) | |
| | ) | **UNDER SEAL** |
| VS. | ) | |
| | ) | **ORDER TO SEAL THE INDICTMENT** |
| | ) | |
| JAMES LAMONT ADAMS | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

IT IS HEREBY ORDERED that the Indictment, Motion to Seal and this Order, be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 20 day of July, 2022.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA