UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:22-CR-186-RJC |
| v. ) | |
| ) | **FACTUAL BASIS** |
| JAMES LAMONT ADAMS ) | |
| ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. The defendant, James Lamont Adams, did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on June 15, 2021 in Gaston County, within the Western District of North Carolina in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

2. The defendant, James Lamont adams possessed a firearm, a Sun City Machinery Co. 12-gauge shotgun, in and affecting commerce on August 3, 2021 in Gaston County, NC within the Western District of North Carolina.

3. Prior to August 3, 2021, James Lamont Adams had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, and had, in fact been punished by imprisonment exceeding one year.

4. James Lamont Adams knew he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year when he possessed the firearm on August 3, 2021.

DENA J. KING
UNITED STATES ATTORNEY

_____
TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____ DATED: 9/15/23
Myra Cause, Esq., Attorney for Defendant

2